**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

JENNIFER REYNOLDS, and )
MICHELLE REYNOLDS, *surviving daughters* )
*of* BOK LEE REYNOLDS, )
    Plaintiffs, )
     )
v. )     Case No. 4:26-CV-00157
     )
ROSEWOOD OPERATOR, LLC, )
    Defendant. )

## <u>ORDER</u>

The Court has set a wrongful death settlement hearing for **August 4, 2026** at 9:30 a.m. at the Charles Evans Whittaker Courthouse, Courtroom 7C, 400 E. 9th Street, Kansas City, Missouri.

In advance of that hearing, the parties are directed to file a joint application for approval of settlement on or before **July 30, 2026.** The Court grants advance permission to the parties to file this motion under seal.

Plaintiff's counsel is further **ORDERED** to:

1. File on CM/ECF their motion for attorneys' fees on or before **July 30, 2026**;

2. File a copy of the proposed settlement agreement as well as a proposed distribution of the settlement proceeds among the beneficiaries or before **July 30, 2026**;

3. Notify any potential wrongful death beneficiaries of the date, time, and place of this hearing, and is directed to certify that he has notified the beneficiaries on ECF on or before **July 30, 2026**. Failure to timely make this certification may

result in postponement of the wrongful death settlement hearing. Any potential wrongful death beneficiary may file a brief explaining his or her position regarding allocation of the settlement proceeds on or before **July 30, 2026**, and any such brief may be filed under seal.

The Court grants advance permission to counsel to file these items under seal. Plaintiff's counsel has notified the Court that Plaintiff Jennifer Reynolds resides in Colorado and traveling to Missouri for the hearing would present a hardship for her. Plaintiff has requested to appear remotely for the hearing. In consideration of the hardship that interstate travel poses to the Plaintiff, the Court has granted Ms. Reynold's request to appear remotely for the hearing.

**IT IS SO ORDERED.**

Date:  July 24, 2026  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge